## COMMONWEALTH *versus* PLINY BLISS.

*Practice.*—The Court will continue an indictment for fraud pending a civil action for the same cause.

THE defendant stood indicted for a fraud. *Ely*, for the defendant moved that the indictment be continued, (there being a civil action pending for the same cause,) until the *action* could be tried. The Court granted a continuance.

*Dana*, C. J., *Strong*, J., and *Thacher*, J., present.